# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2139 Disciplinary Docket No. 3 |
| | : |
| MICHAEL BENSON WOLF | : Board File No. C2-11-408 |
| | : |
| | : (Court of Common Pleas of Philadelphia |
| | : County, Criminal Division, No. CP-51-CR- |
| | : 0001918-2012) |
| | : |
| | : Attorney Registration No. 52879 |
| | : (Montgomery County) |

## O R D E R

**PER CURIAM:**

AND NOW, this 6th day of March, 2015, the Joint Petition to Temporarily Suspend an Attorney is granted and, pursuant to Pa.R.D.E. 214, Michael Benson Wolf is placed on temporary suspension and he shall comply with all the provisions of Pa.R.D.E. 217.